# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

SUBODHCHANDRAT PATEL,           *

    Plaintiff                   *
                                      Case Number 5:07-CV-283 (CAR)
vs.                             *

JAMES E. DONALD and SHARON SHAVER;*

    Defendants                  *

## J U D G M E N T

Pursuant to this Court's Order dated July 25, 2007, and for the reasons stated therein, JUDGMENT is hereby entered dismissing case.

This 25th day of July, 2007.

                                        Gregory J. Leonard, Clerk

                                        s/ Denise C. Partee
                                        Deputy Clerk