IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SUBODHCHANDRAT PATEL, | : |
| Plaintiff, | : Civil Action No. 5:07-cv-283 |
| v. | : PROCEEDINGS UNDER |
| | : 42 U.S.C. § 1983 |
| JAMES DONALD ET AL., | : |
| Defendants. | : |

## *ORDER ON UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 35] that Defendants' Motion to Dismiss [Doc. 20] be granted and the case be dismissed without prejudice for failure to exhaust administrative remedies. Plaintiff filed an Objection [Doc. 36] to this Recommendation. Having considered Plaintiff's objections and having investigated those matters *de novo*, this Court agrees with the findings and conclusions of the United States Magistrate Judge that Defendants' Motion should be granted, and this case should be dismissed without prejudice for failure to exhaust administrative remedies. Therefore, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

In his Objection, Plaintiff continues to claim that the administrative grievance procedures were not available to him, even though he utilized that very procedure *after* he filed this case. Dismissing this case even though Plaintiff has now exhausted his administrative remedies might seem to impede judicial economy, but the purpose of the PLRA is to ensure that prisoners exhaust those administrative procedures before entering federal court. To permit Plaintiff to file suit and then exhaust his remedies would thwart the clear language and intent of the PLRA.

This Court agrees with the conclusions and reasoning of the Magistrate Judge and accepts the Report and Recommendation.

**SO ORDERED**, this 5th day of August, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH